FILED
JAMES J. VILT, JR. - CLERK
JUN 28 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

CASE NUMBER: 3:02-cr-00015-JGH-1

USA _____ PLAINTIFF(S)

v.

Rayshawn Lamont Jackson _____ DEFENDANT(S)

MOTION FOR **Motion to Seal Federal Charges**
[state what you want the Court to do]

I, **Rayshawn L. Jackson**, the ☐ plaintiff / ☒ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order **of Seal in the State of Kentucky**.
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

I Rayshawn Lamont Jackson hereby request to have all charges related to case number 3:02-cr-00015-JGH-1 be sealed. I Rayshawn Jackson have learned a valuable lesson since being released from serving my time. I have used my time to teach my children to use their time to educate and enjoy life to work hard to become productive in their life. I have also started my own businesses to bring jobs to our community

I use my past as a life lesson to encourage myself and others that their are better choices in life to make. I have not committed any more crimes since my release. I'm asking for a second chance in life to continue to be an outstanding citizen

Thank you

_____
_____
_____
_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, 20__.

Signed: _Rayshawn_____
[your signature]

Print your name: Rayshawn Jackson

Address: 4005 Rivulet Lane
Lou, Ky. 40299

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

_____.

Signed: _Rayshawn_____
[your signature]

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above _____ was served upon
[name of document]

_____ by _____ at _____
[name of opposing party or counsel]   [mail or hand-delivery]   [address]

_____ on _____.
[date]

Signed: _____
[your signature]